UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWS WORLDWIDE S.A. DE C.V.,

    Plaintiff,

vs.

CHRYSLER GROUP INTERNATIONAL LLC,

    Defendant.
_____/

Case No.  2:12-cv-10376

Honorable  Avern Cohn

**VOLUNTARY DISMISSAL OF APPLICATION FOR
CONFIRMATION OF ARBITRATION AWARD**

Plaintiff TWS Worldwide S.A. de C.V. voluntarily dismisses its Application for Confirmation of Arbitration Award (doc #1).

Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: /s/ James E. DeLine
    James E. DeLine (P45205)
Attorneys for Plaintiff
(313) 961-0200
(313) 961-0388 (Facsimile)
mdc@krwlaw.com

Dated:  March 23, 2012